# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Plaintiff,<br><br>v.<br><br>C. VISS, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01654-LJO-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF No. 18] |

Plaintiff Thomas John Heilman is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendant Santos for excessive force and against Defendant P. Ruiz for retaliation. (ECF No. 15.) The Court granted Plaintiff the option to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims. (Id.)

On January 16, 2020, Plaintiff notified the Court of his willingness to proceed only on the cognizable claims identified by the Court on December 11, 2019. (ECF No. 18.)

///

1

| | |
|---|---|
| 1 | Accordingly, the Court will recommend that this action proceed only against Defendant Santos for excessive force and against Defendant P. Ruiz for retaliation, and that all other claims and Defendants be dismissed.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 341-42 (9th Cir. 2010). |

Accordingly, the Court will recommend that this action proceed only against Defendant Santos for excessive force and against Defendant P. Ruiz for retaliation, and that all other claims and Defendants be dismissed.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 341-42 (9th Cir. 2010).

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed on Plaintiff's complaint, filed on August 7, 2019, (ECF No. 1), against Defendant Santos for excessive force and against Defendant P. Ruiz for retaliation; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE