UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. VISS, et.al.,<br><br>        Defendants. | No.: 1:19-cv-01654-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 30) |

    Plaintiff Thomas John Heilman is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 3, 2021, the assigned magistrate judge issued findings and recommendations recommending the action be dismissed pursuant to Federal Rule of Civil Procedure 25(a).  (Doc. No. 30.)  The findings and recommendations were served on the parties and contained notice that objections were due within fourteen days.  (*Id.* at 2.)  No objections were filed and the time to do has passed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on February 3, 2021 (Doc. No. 30) are adopted in full; and
2. This action is terminated pursuant to Federal Rule of Civil Procedure 25(a).

IT IS SO ORDERED.

Dated: **March 5, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE